Fred W. Simpson, trading as Acme Minerals Company, complainant and appellee, v. George H. Simpson et al., defendants. G. Eldon Simpson, appellant. Gen. No. 30,039.

Bill for injunction, discovery and accounting. Order adjudging in-

dividual defendants in contempt for violation of preliminary injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925. Rehearing denied December 21, 1925.

Ninian H. Welch, Charles W. Hadley and Clarence N. Boord, for appellant. West & Eckhart, for appellee; William L. Bourland, of counsel.

Mr. Justice Gridley delivered the opinion of the court.